# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH MIECZKOWSKI**, | : | CIVIL ACTION NO. 1:07-CV-1102 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **YORK CITY SCHOOL DISTRICT**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of February, 2008, upon consideration of plaintiff's unopposed motion (Doc. 20) to reinstate the claim pursuant to Title VII of the Civil Rights Act of 1964, which the court dismissed for failure to exhaust administrative remedies, and plaintiff having apprised the court that she has since obtained a notice of right to sue letter (see Doc. 20-2), it is hereby ORDERED that:

1. The motion (Doc. 20) to reinstate plaintiff's Title VII claim is GRANTED.

2. Defendants shall file, on or before February 15, 2008, an answer to paragraphs 40-42 of plaintiffs' complaint, which contain her Title VII allegations.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge