# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH MIECZKOWSKI** | : | CIVIL ACTION NO. 1:07-CV-1102 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **YORK CITY SCHOOL DISTRICT, DELORIS PENN and TRESA DIGGS,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of January, 2010, upon consideration of plaintiff's motion (Doc. 56) for extension of time to respond to the Magistrate's Report and Recommendation, it is hereby ORDERED that said motion is GRANTED.

                                               S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge