AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 19 2010
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| DEBORAH MIECZKOWSKI, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.   1:07-CV-1102 |
| YORK CITY SCHOOL DISTRICT, DELORIS PENN, and | ) | |
| TRESA DIGGS, | ) | (Judge Conner) |
| Defendants | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   Summary judgment be and is hereby entered in favor of defendants YORK CITY SCHOOL DISTRICT, DELORIS PENN, and TRESA DIGGS, and against plaintiff DEBORAH MIECZKOWSKI, on all claims, pursuant to the court's order (#62), dated March 19, 2010.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Judge Christopher C. Conner   on a motion for summary judgment

Date:   March 19, 2010

CLERK OF COURT   MARY E. D'ANDREA

*Signature of Clerk or Deputy Clerk*