UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-2058
_____

DEBORAH MIECZKOWSKI,
                                    Appellant

v.

YORK CITY SCHOOL DISTRICT;
DELORIS PENN; TRESA DIGGS
_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 1:07-cv-01102)
District Judge: Honorable Christopher C. Conner
_____

Submitted Under Third Circuit LAR 34.1(a)
January 14, 2011

Before:  SCIRICA, BARRY and VANASKIE, *Circuit Judges*
_____

JUDGMENT
_____

        This cause came on to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on January 14, 2011.  On consideration whereof, it is now hereby

        ORDERED and ADJUDGED by this Court that the order of the District Court

entered March 19, 2010, be and the same is hereby AFFIRMED.  All of the above in

accordance with the opinion of this Court.  Costs taxed against Appellant.

ATTEST:


/s/Marcia M. Waldron,

Clerk


DATED: February 18, 2011